UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OSCAR RUBEN APAC | § | |
| | § | CIVIL ACTION NO. **3:24-cv-00132-KC** |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| RIVERSIDE SHOPPING CENTER, INC. | § | |
| | § | |
| Defendant | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, OSCAR RUBEN APAC Plaintiff and RIVERSIDE SHOPPING CENTER, INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:	December 23, 2024	FOR OSCAR RUBEN APAC, Plaintiff

BY:     */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: December 23, 2024    FOR RIVERSIDE SHOPPING CENTER, INC.
Defendant

BY: __/S/   Mark T. Davis_____
Mr. Mark T. Davis
Attorney at Law
1420 Geronimo Drive, Building A
El Paso, Texas 79925
(915) 832-7200 - Office