IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OSCAR RUBEN APAC, | § |
| Plaintiff, | § |
| v. | § CAUSE NO. EP-24-CV-132-KC |
| RIVERSIDE SHOPPING CENTER, INC., | § |
| Defendant. | § |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 18. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, ECF No. 15, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 3rd day of January, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE